

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RORY DARNELL TAYLOR,　　　　　　§
　　　　　　　　　　　　　　　　§
　　　Petitioner,　　　　　　　　§
　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　§　　　2:16-CV-0243
　　　　　　　　　　　　　　　　§
LORIE DAVIS, Director,　　　　　§
Texas Department of Criminal Justice,　§
Correctional Institutions Division,　　§
　　　　　　　　　　　　　　　　§
　　　Respondent.　　　　　　　　§

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On December 5, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be dismissed because petitioner did not lose previously accrued good time credits. On December 13, 2016 petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _____27th_____ day of __December__ 2016.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE